**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 22, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00920-CV

## IN THE MATTER OF THE MARRIAGE OF KRISTA LYNN SCHWAB AND JEREMY WAYNE SCHWAB

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2015-36134**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 21, 2016. On December 12, 2016, appellant Krista Lynn Schwab filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.